IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALEX WOLINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1-23-cv-00309 |
| | ) | |
| NEWSWEEK MEDIA GROUP, LLC | ) | |
| | ) | |
| Defendant, | ) | |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, Alex Wolinski, by and through his attorneys, THE LAW OFFICES OF TIM BIASIELLO, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i) dismissing all claims against the Defendant with prejudice, each party to bear its own costs a fees.

Respectfully submitted,

*/s/ Tim Biasiello*

One of the Attorneys for the Plaintiff

LAW OFFICES OF TIM BIASIELLO
617 West Devon Avenue
Park Ridge, IL 60068
847-825-7744
#0204501
timbslo@yahoo.com